IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

LARRY COON, et al.                                              PLAINTIFF

V.                                            CIVIL ACTION NO. 3:05CV765TSL-JCS

TOMMY VARGAS, et al.                                           DEFENDANTS

## AGREED FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS CAUSE, having come before the Court upon the parties' joint *ore tenus* Motion for Final Judgment of Dismissal with Prejudice, and the Court having duly considered the same, and being otherwise fully advised in the premises, finds that said Motion is well-taken, and that the same should be, is hereby, granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that all claims and causes of action by and between Plaintiff and Tommy Vargas are hereby fully and finally dismissed with prejudice, with each party to bear their respective costs.

SO ORDERED AND ADJUDGED, this the 10TH day of July, 2006.

/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE

AGREED:

/s/ Erin S. Rodgers
Counsel for Plaintiffs

/s/ Mark D. Morrison
Counsel for Vargas